EXHIBIT A

# VERDICT FORM – PLAINTIFF SANCHEZ

Respond to all of the following by marking a check on the appropriate line.

    **COUNT I**: We, the jury, on Count I of Plaintiffs' complaint, failure to pay minimum wage and overtime compensation under the Fair Labor Standards Act, find in favor of (check one):

Plaintiff Marlin Sanchez         ✓

Defendants Asian 328, LLC and Ling Zheng         _____

    **COUNT II**: We, the jury, on Count II of Plaintiffs' complaint, failure to pay minimum wage and overtime compensation under the District of Columbia Wage Payment and Collection Law, find in favor of (check one):

Plaintiff Marlin Sanchez         ✓

Defendants Asian 328, LLC and Ling Zheng         _____

**If you found in favor of defendants on each and every count above, have your foreperson sign and date this form and turn it in because you have completed your deliberations. If you found in favor of plaintiff on one or more of the counts above, please fill in the chart beginning on the following page.**

In the table below, each row corresponds to one week during the period that Plaintiff Marlin Sanchez alleges he was employed by Defendants. For each week defined in the table below, indicate the hours you find that Plaintiff Marlin Sanchez worked for Defendants in that week, as well as the amount that you find Defendants paid Plaintiff for his work in that week.

If you do not find that Plaintiff Marlin Sanchez worked for Defendants in a particular week, you may put a zero in that box. If you do not find that Defendants paid Plaintiff Marlin Sanchez anything in a particular week, you may put a zero in that box.

Please note that each row only corresponds to a week — and not a pay period. Please fill in the entire table. As instructed above, fill in the table below only if you found in plaintiff's favor on one or more of the counts in his complaint.

| Period Start | Period End | Weekly Hours Worked | Weekly Amount Paid |
|---|---|---|---|
| Monday, December 29, 2014 | Sunday, January 04, 2015 | 47 | 216.91 |
| Monday, January 05, 2015 | Sunday, January 11, 2015 | 70 | 323.05 |
| Monday, January 12, 2015 | Sunday, January 18, 2015 | 70 | 323.05 |
| Monday, January 19, 2015 | Sunday, January 25, 2015 | 70 | 323.05 |
| Monday, January 26, 2015 | Sunday, February 01, 2015 | 70 | 323.05 |
| Monday, February 02, 2015 | Sunday, February 08, 2015 | 70 | 323.05 |
| Monday, February 09, 2015 | Sunday, February 15, 2015 | 70 | 323.05 |
| Monday, February 16, 2015 | Sunday, February 22, 2015 | 70 | 323.05 |
| Monday, February 23, 2015 | Sunday, March 01, 2015 | 58 | 267.67 |

After you have completed this form, please have your foreperson sign and date this form. You may then submit it to the Court.

11/17/16
Date                                                                Jury Foreperson

2

## VERDICT FORM – PLAINTIFF AMAYA

Respond to all of the following by marking a check on the appropriate line.

**COUNT I**: We, the jury, on Count I of Plaintiffs' complaint, failure to pay minimum wage and overtime compensation under the Fair Labor Standards Act, find in favor of (check one):

Plaintiff Erik Amaya ✓

Defendants Asian 328, LLC and Ling Zheng _____

**COUNT II**: We, the jury, on Count II of Plaintiffs' complaint, failure to pay minimum wage and overtime compensation under the District of Columbia Wage Payment and Collection Law, find in favor of (check one):

Plaintiff Erik Amaya ✓

Defendants Asian 328, LLC and Ling Zheng _____

**If you found in favor of defendants on each and every count above, have your foreperson sign and date this form and turn it in because you have completed your deliberations. If you found in favor of plaintiff on one or more of the counts above, please fill in the chart beginning on the following page.**

3

In the table below, each row corresponds to one week during the period that Plaintiff Erik Amaya alleges he was employed by Defendants. For each week defined in the table below, indicate the hours you find that Plaintiff Erik Amaya worked for Defendants in that week, as well as the amount that you find Defendants paid Plaintiff for his work in that week.

If you do not find that Plaintiff Erik Amaya worked for Defendants in a particular week, you may put a zero in that box. If you do not find that Defendants paid Plaintiff Erik Amaya anything in a particular week, you may put a zero in that box.

Please note that each row only corresponds to a week — and not a pay period.
Please fill in the entire table. As instructed above, fill in the table below <u>only</u> if you found in plaintiff's favor on one or more of the counts in his complaint.

| Period Start | Period End | Weekly Hours Worked | Weekly Amount Paid |
|---|---|---|---|
| Monday, March 31, 2014 | Sunday, April 6, 2014 | 48 | 295.20 |
| Monday, April 7, 2014 | Sunday, April 13, 2014 | 60 | 369.20 |
| Monday, April 14, 2014 | Sunday, April 20, 2014 | 60 | 369.20 |
| Monday, April 21, 2014 | Sunday, April 27, 2014 | 60 | 369.20 |
| Monday, April 28, 2014 | Sunday, May 4, 2014 | 60 | 369.20 |
| Monday, May 5, 2014 | Sunday, May 11, 2014 | 60 | 369.20 |
| Monday, May 12, 2014 | Sunday, May 18, 2014 | 60 | 369.20 |
| Monday, May 19, 2014 | Sunday, May 25, 2014 | 60 | 369.20 |
| Monday, May 26, 2014 | Sunday, June 01, 2014 | 60 | 369.20 |
| Monday, June 02, 2014 | Sunday, June 08, 2014 | 60 | 369.20 |
| Monday, June 09, 2014 | Sunday, June 15, 2014 | 60 | 369.20 |
| Monday, June 16, 2014 | Sunday, June 22, 2014 | 60 | 369.20 |
| Monday, June 23, 2014 | Sunday, June 29, 2014 | 60 | 369.20 |
| Monday, June 30, 2014 | Sunday, July 06, 2014 | 12 | 73.80 |
| Monday, March 02, 2015 | Sunday, March 08, 2015 | 60 | 426.89 |
| Monday, March 09, 2015 | Sunday, March 15, 2015 | 60 | 426.89 |
| Monday, March 16, 2015 | Sunday, March 22, 2015 | 60 | 426.89 |
| Monday, March 23, 2015 | Sunday, March 29, 2015 | 60 | 426.89 |
| Monday, March 30, 2015 | Sunday, April 5, 2015 | 60 | 426.89 |
| Monday, April 6, 2015 | Sunday, April 12, 2015 | 60 | 426.89 |
| Monday, April 13, 2015 | Sunday, April 19, 2014 | 60 | 426.89 |
| Monday, April 20, 2015 | Sunday, April 26, 2015 | 60 | 426.89 |
| Monday, April 27, 2015 | Sunday, May 3, 2015 | 60 | 426.89 |

4

| | | | |
|---|---|---|---|
| Monday, May 4, 2015 | Sunday, May 10, 2015 | 60 | 426.89 |
| Monday, May 11, 2015 | Sunday, May 17, 2015 | 60 | 426.89 |
| Monday, May 18, 2015 | Sunday, May 24, 2015 | 60 | 426.89 |
| Monday, May 25, 2015 | Sunday, May 31, 2015 | 60 | 426.89 |
| Monday, June 1, 2015 | Sunday, June 7, 2015 | 60 | 426.89 |
| Monday, June 8, 2015 | Sunday, June 14, 2015 | 60 | 426.89 |
| Monday, June 15, 2015 | Sunday, June 21, 2015 | 60 | 426.89 |
| Monday, June 22, 2015 | Sunday, June 28, 2015 | 60 | 426.89 |
| Monday, June 29, 2015 | Sunday, July 5, 2015 | 60 | 426.89 |
| Monday, July 6, 2015 | Sunday, July 12, 2015 | 60 | 426.89 |
| Monday, July 13, 2015 | Sunday, July 19, 2015 | 60 | 426.89 |
| Monday, July 20, 2015 | Sunday, July 26, 2015 | 60 | 426.89 |
| Monday, July 27, 2015 | Sunday, August 2, 2015 | 60 | 426.89 |
| Monday, August 3, 2015 | Sunday, August 9, 2015 | 60 | 426.89 |
| Monday, August 10, 2015 | Sunday, August 16, 2015 | 60 | 426.89 |
| Monday, August 17, 2015 | Sunday, August 23, 2015 | 60 | 426.89 |
| Monday, August 24, 2015 | Sunday, August 30, 2015 | 60 | 426.89 |
| Monday, August 31, 2015 | Sunday, September 6, 2015 | 60 | 426.89 |
| Monday, September 7, 2015 | Sunday, September 13, 2015 | 60 | 426.89 |
| Monday, September 14, 2015 | Sunday, September 20, 2015 | 60 | 426.89 |
| Monday, September 21, 2015 | Sunday, September 27, 2015 | 60 | 426.89 |
| Monday, September 28, 2015 | Sunday, October 4, 2015 | 36 | 256.13 |

After you have completed this form, please have your foreperson sign and date this form. You may then submit it to the Court.

11/17/16
Date                                                                  Jury Foreperson

5

## VERDICT FORM – PLAINTIFF MARTINEZ

Respond to all of the following by marking a check on the appropriate line.

**COUNT I**: We, the jury, on Count I of Plaintiffs' complaint, failure to pay minimum wage and overtime compensation under the Fair Labor Standards Act, find in favor of (check one):

Plaintiff Eduardo Martinez     ✓

Defendants Asian 328, LLC and Ling Zheng     _____

**COUNT II**: We, the jury, on Count II of Plaintiffs' complaint, failure to pay minimum wage and overtime compensation under the District of Columbia Wage Payment and Collection Law, find in favor of (check one):

Plaintiff Eduardo Martinez     ✓

Defendants Asian 328, LLC and Ling Zheng     _____

**If you found in favor of defendants on each and every count above, have your foreperson sign and date this form and turn it in because you have completed your deliberations. If you found in favor of plaintiff on one or more of the counts above, please fill in the chart beginning on the following page.**

6

In the table below, each row corresponds to one week during the period that Plaintiff Eduardo Martinez alleges he was employed by Defendants. For each week defined in the table below, indicate the hours you find that Plaintiff Eduardo Martinez worked for Defendants in that week, as well as the amount that you find Defendants paid Plaintiff for his work in that week.

If you do not find that Plaintiff Eduardo Martinez worked for Defendants in a particular week, you may put a zero in that box. If you do not find that Defendants paid Plaintiff Eduardo Martinez anything in a particular week, you may put a zero in that box.

Please note that each row only corresponds to a week — and not a pay period. Please fill in the entire table. As instructed above, fill in the table below only if you found in plaintiff's favor on one or more of the counts in his complaint.

| Period Start | Period End | Weekly Hours Worked | Weekly Amount Paid |
|---|---|---|---|
| Monday, June 30, 2014 | Sunday, July 06, 2014 | 64 | 275.70 |
| Monday, July 07, 2014 | Sunday, July 13, 2014 | 75 | 323.05 |
| Monday, July 14, 2014 | Sunday, July 20, 2014 | 75 | 369.20 |
| Monday, July 21, 2014 | Sunday, July 27, 2014 | 75 | 369.20 |
| Monday, July 28, 2014 | Sunday, August 03, 2014 | 75 | 369.20 |
| Monday, August 04, 2014 | Sunday, August 10, 2014 | 75 | 369.20 |
| Monday, August 11, 2014 | Sunday, August 17, 2014 | 75 | 369.20 |
| Monday, August 18, 2014 | Sunday, August 24, 2014 | 75 | 369.20 |
| Monday, August 25, 2014 | Sunday, August 31, 2014 | 75 | 369.20 |
| Monday, September 01, 2014 | Sunday, September 07, 2014 | 75 | 369.20 |
| Monday, September 08, 2014 | Sunday, September 14, 2014 | 75 | 369.20 |
| Monday, September 15, 2014 | Sunday, September 21, 2014 | 75 | 369.20 |
| Monday, September 22, 2014 | Sunday, September 28, 2014 | 75 | 369.20 |
| Monday, September 29, 2014 | Sunday, October 05, 2014 | 75 | 369.20 |
| Monday, October 06, 2014 | Sunday, October 12, 2014 | 75 | 369.20 |
| Monday, October 13, 2014 | Sunday, October 19, 2014 | 75 | 369.20 |
| Monday, October 20, 2014 | Sunday, October 26, 2014 | 75 | 369.20 |
| Monday, October 27, 2014 | Sunday, November 2, 2014 | 75 | 369.20 |
| Monday, November 03, 2014 | Sunday, November 09, 2014 | 75 | 369.20 |
| Monday, November 10, 2014 | Sunday, November 16, 2014 | 75 | 369.20 |
| Monday, November 17, 2014 | Sunday, November 23, 2014 | 75 | 369.20 |
| Monday, November 24, 2014 | Sunday, November 30, 2014 | 75 | 369.20 |
| Monday, December 01, 2014 | Sunday, December 07, 2014 | 75 | 369.20 |
| Monday, December 08, 2014 | Sunday, December 14, 2014 | 75 | 369.20 |

7

| | | | |
|---|---|---|---|
| Monday, December 15, 2014 | Sunday, December 21, 2014 | 75 | 369.20 |
| Monday, December 22, 2014 | Sunday, December 28, 2014 | 75 | 369.20 |
| Monday, December 29, 2014 | Sunday, January 04, 2015 | 75 | 369.20 |
| Monday, January 05, 2015 | Sunday, January 11, 2015 | 75 | 369.20 |
| Monday, January 12, 2015 | Sunday, January 18, 2015 | 75 | 369.20 |
| Monday, January 19, 2015 | Sunday, January 25, 2015 | 75 | 369.20 |
| Monday, January 26, 2015 | Sunday, February 01, 2015 | 75 | 369.20 |
| Monday, February 02, 2015 | Sunday, February 08, 2015 | 75 | 438.43 |
| Monday, February 09, 2015 | Sunday, February 15, 2015 | 75 | 438.43 |
| Monday, February 16, 2015 | Sunday, February 22, 2015 | 75 | 438.43 |
| Monday, February 23, 2015 | Sunday, March 01, 2015 | 75 | 438.43 |
| Monday, March 02, 2015 | Sunday, March 08, 2015 | 75 | 438.43 |
| Monday, March 09, 2015 | Sunday, March 15, 2015 | 75 | 438.43 |
| Monday, March 16, 2015 | Sunday, March 22, 2015 | 75 | 438.43 |
| Monday, March 23, 2015 | Sunday, March 29, 2015 | 75 | 438.43 |
| Monday, March 30, 2015 | Sunday, April 05, 2015 | 75 | 438.43 |
| Monday, April 06, 2015 | Sunday, April 12, 2015 | 75 | 438.43 |
| Monday, April 13, 2015 | Sunday, April 19, 2014 | 75 | 438.43 |
| Monday, April 20, 2015 | Sunday, April 26, 2015 | 75 | 438.43 |
| Monday, April 27, 2015 | Sunday, May 03, 2015 | 75 | 438.43 |
| Monday, May 04, 2015 | Sunday, May 10, 2015 | 75 | 438.43 |
| Monday, May 11, 2015 | Sunday, May 17, 2015 | 75 | 438.43 |
| Monday, May 18, 2015 | Sunday, May 24, 2015 | 75 | 438.43 |
| Monday, May 25, 2015 | Sunday, May 31, 2015 | 75 | 438.43 |
| Monday, June 01, 2015 | Sunday, June 07, 2015 | 75 | 438.43 |
| Monday, June 08, 2015 | Sunday, June 14, 2015 | 75 | 438.43 |

After you have completed this form, please have your foreperson sign and date this form. You may then submit it to the Court.

11/17/16
Date

Jury Foreperson

8