EXHIBIT C

| Marlin Sanchez | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Period Start | Period End | Weekly Hours Worked | Regular Hours | Overtime Hours | Weekly Amount Paid | D.C. Minimum Wage | Proper Pay | Amount Owed |
| 12/29/14 | 01/04/15 | 47 | 40 | 7 | $ 216.91 | $ 9.50 | $ 479.75 | $ 262.84 |
| 01/05/15 | 01/11/15 | 70 | 40 | 30 | $ 323.05 | $ 9.50 | $ 807.50 | $ 484.45 |
| 01/12/15 | 01/18/15 | 70 | 40 | 30 | $ 323.05 | $ 9.50 | $ 807.50 | $ 484.45 |
| 01/19/15 | 01/25/15 | 70 | 40 | 30 | $ 323.05 | $ 9.50 | $ 807.50 | $ 484.45 |
| 01/26/15 | 02/01/15 | 70 | 40 | 30 | $ 323.05 | $ 9.50 | $ 807.50 | $ 484.45 |
| 02/02/15 | 02/08/15 | 70 | 40 | 30 | $ 323.05 | $ 9.50 | $ 807.50 | $ 484.45 |
| 02/09/15 | 02/15/15 | 70 | 40 | 30 | $ 323.05 | $ 9.50 | $ 807.50 | $ 484.45 |
| 02/16/15 | 02/22/15 | 70 | 40 | 30 | $ 323.05 | $ 9.50 | $ 807.50 | $ 484.45 |
| 02/23/15 | 03/01/15 | 58 | 40 | 18 | $ 267.67 | $ 9.50 | $ 636.50 | $ 368.83 |
| | | | | | | Unpaid Wages | | $ 4,022.82 |
| | | | | | | X2 (FLSA) | | $ 8,045.64 |
| | | | | | | X4 (DCWPCL) | | $ 16,091.28 |

| Erik Amaya | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Period Start | Period End | Weekly Hours Worked | Regular Hours | Overtime Hours | Weekly Amount Paid | D.C. Minimum Wage | Proper Pay | Amount Owed |
| 03/31/14 | 04/06/14 | 48 | 40 | 8 | $ 295.20 | $ 8.25 | $ 429.00 | $ 133.80 |
| 04/07/14 | 04/13/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 04/14/14 | 04/20/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 04/21/14 | 04/27/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 04/28/14 | 05/04/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 05/05/14 | 05/11/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 05/12/14 | 05/18/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 05/19/14 | 05/25/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 05/26/14 | 06/01/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 06/02/14 | 06/08/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 06/09/14 | 06/15/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 06/16/14 | 06/22/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 06/23/14 | 06/29/14 | 60 | 40 | 20 | $ 369.20 | $ 8.25 | $ 577.50 | $ 208.30 |
| 06/30/14 | 07/06/14 | 12 | 12 | 0 | $ 73.80 | $ 8.25 | $ 99.00 | $ 25.20 |
| 03/02/15 | 03/08/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 03/09/15 | 03/15/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 03/16/15 | 03/22/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 03/23/15 | 03/29/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 03/30/15 | 04/05/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 04/06/15 | 04/12/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 04/13/15 | 04/19/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 04/20/15 | 04/26/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 04/27/15 | 05/03/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 05/04/15 | 05/10/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 05/11/15 | 05/17/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 05/18/15 | 05/24/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 05/25/15 | 05/31/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 06/01/15 | 06/07/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 06/08/15 | 06/14/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 06/15/15 | 06/21/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 06/22/15 | 06/28/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |
| 06/29/15 | 07/05/15 | 60 | 40 | 20 | $ 426.89 | $ 9.50 | $ 665.00 | $ 238.11 |

| Period Start | Period End | Weekly Hours Worked | Regular Hours | Overtime Hours | Weekly Amount Paid | D.C. Minimum Wage | Proper Pay | Amount Owed |
|---|---|---|---|---|---|---|---|---|
| 07/06/15 | 07/12/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 07/13/15 | 07/19/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 07/20/15 | 07/26/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 07/27/15 | 08/02/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 08/03/15 | 08/09/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 08/10/15 | 08/16/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 08/17/15 | 08/23/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 08/24/15 | 08/30/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 08/31/15 | 09/06/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 09/07/15 | 09/13/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 09/14/15 | 09/20/15 | 60 | 40 | 20 | $ 426.89 | $ 10.50 | $ 735.00 | $ 308.11 |
| 09/21/15 | 09/27/15 | 36 | 36 | 0 | $ 256.13 | $ 10.50 | $ 378.00 | $ 121.87 |
| | | | | | | Unpaid Wages | | $ 10,455.66 |
| | | | | | | X2 (FLSA) | | $ 20,911.32 |
| | | | | | | X4 (DCWPCL) | | $ 41,822.64 |

| Erik Amaya | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Period Start | Period End | Weekly Hours Worked | Regular Hours | Overtime Hours | Weekly Amount Paid | D.C. Minimum Wage | Proper Pay | Amount Owed |
| 06/30/14 | 07/06/14 | 64 | 40 | 24 | $ 275.70 | $ 8.25 | $ 627.00 | $ 351.30 |
| 07/07/14 | 07/13/14 | 75 | 40 | 35 | $ 323.05 | $ 9.50 | $ 878.75 | $ 555.70 |
| 07/14/14 | 07/20/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 07/21/14 | 07/27/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 07/28/14 | 08/03/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 08/04/14 | 08/10/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 08/11/14 | 08/17/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 08/18/14 | 08/24/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 08/25/14 | 08/31/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 09/01/14 | 09/07/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 09/08/14 | 09/14/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 09/15/14 | 09/21/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 09/22/14 | 09/28/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 09/29/14 | 10/05/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 10/06/14 | 10/12/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 10/13/14 | 10/19/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 10/20/14 | 10/26/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 10/27/14 | 11/02/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 11/03/14 | 11/09/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 11/10/14 | 11/16/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 11/17/14 | 11/23/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 11/24/14 | 11/30/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 12/01/14 | 12/07/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 12/08/14 | 12/14/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 12/15/14 | 12/21/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 12/22/14 | 12/28/14 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 12/29/14 | 01/04/15 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 01/05/15 | 01/11/15 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 01/12/15 | 01/18/15 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 01/19/15 | 01/25/15 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 01/26/15 | 02/01/15 | 75 | 40 | 35 | $ 369.20 | $ 9.50 | $ 878.75 | $ 509.55 |
| 02/02/15 | 02/08/15 | 75 | 40 | 35 | $ 438.43 | $ 9.50 | $ 878.75 | $ 440.32 |
| 02/09/15 | 02/15/15 | 75 | 40 | 35 | $ 438.43 | $ 9.50 | $ 878.75 | $ 440.32 |
| 02/16/15 | 02/22/15 | 75 | 40 | 35 | $ 438.43 | $ 9.50 | $ 878.75 | $ 440.32 |
| 02/23/15 | 03/01/15 | 75 | 40 | 35 | $ 438.43 | $ 9.50 | $ 878.75 | $ 440.32 |
| 03/02/15 | 03/08/15 | 75 | 40 | 35 | $ 438.43 | $ 9.50 | $ 878.75 | $ 440.32 |
| 03/09/15 | 03/15/15 | 75 | 40 | 35 | $ 438.43 | $ 9.50 | $ 878.75 | $ 440.32 |
| 03/16/15 | 03/22/15 | 75 | 40 | 35 | $ 438.43 | $ 9.50 | $ 878.75 | $ 440.32 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/23/15 | 03/29/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 03/30/15 | 04/05/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 04/06/15 | 04/12/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 04/13/15 | 04/19/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 04/20/15 | 04/26/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 04/27/15 | 05/03/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 05/04/15 | 05/10/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 05/11/15 | 05/17/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 05/18/15 | 05/24/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 05/25/15 | 05/31/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 06/01/15 | 06/07/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| 06/08/15 | 06/14/15 | 75 | 40 | 35 | $ | 438.43 | $ | 9.50 | $ | 878.75 | $ | 440.32 |
| | | | | | | | | | Upnaid Wages | $ | 24,050.03 |
| | | | | | | | | | X2 (FLSA) | $ | 48,100.06 |
| | | | | | | | | | X4 (DCWPCL) | $ | 96,200.12 |

| Totals for All Three Plaintiffs | Unpaid Wages | $ | 38,528.51 |
|---|---|---|---|
| | X2 (FLSA) | $ | 77,057.02 |
| | X4 (DCWPCL) | $ | 154,114.04 |