# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDUARDO DUBON MARTINEZ, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>ASIAN 328, LLC, et al.<br><br>    Defendants. | Case No. **1:15-cv-01071-GMH** |

## MOTION FOR JUDGMENT ON VERDICT

Upon consideration of Plaintiffs' Motion for Judgment on Verdict, and any response thereto, it is, for the reasons set forth in Plaintiffs' Motion, hereby

ORDERED, that a judgment of $154,114.04 be entered in favor of Plaintiffs and against Defendants Ling Zheng and Asian 328, LLC, jointly and severally;

ORDERED, that Plaintiffs shall file their "Motion for Attorney's Fees, Expenses, and Court Costs" by December 6, 2016; and

ORDERED, that any Opposition to Plaintiffs' Motion shall be filed by December 13, 2016.

**SO ORDERED.**

_____                           _____
Date                                                                  United States Magistrate Judge